# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RHONDA ANN SLOCUM**  **CIVIL ACTION NO.**

**VERSUS**  **20-815-JWD-EWD**

**ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 1, 2022, (Doc. 20), to which an objection (Doc. 23) was filed and considered;

**IT IS ORDERED** that the final decision of the Commission is **AFFIRMED**, and this action is **DISMISSED WITH PREJUDICE** under sentence four of 42 U.S.C. § 405(g).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 29, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**